HEATHER E. WILLIAMS, #122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   No. 13-CR-237 LKK
                                         )
                    Plaintiff,           )   ORDER RE:
                                         )   WAIVER OF DEFENDANT'S PRESENCE
        v.                               )
                                         )
                                         )
                                         )
                    Defendant.           )
                                         )
_____)

    Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Jessie R. Ticer, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea, impanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that

1 | defendant's interests will be deemed represented at all times by the
2 | presence of the defendant's attorney, the same as if the defendant were
3 | personally present; and further agrees to be present in court ready for
4 | trial any day and hour the Court may fix in the defendant's absence.

5 | The defendant further acknowledges being informed of the rights
6 | under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes
7 | the defendant's attorney to set times and dates under that Act without
8 | the defendant's personal presence.

9 | The original signed copy of this waiver is being preserved by the
10 | attorney undersigned.

11 | Dated: 31 JULY 13

12 | _Jessie Teer_
Defendant
13 | (Original retained by attorney)

15 | I agree and consent to my client's waiver of appearance.

16 | Dated: 31 JULY 13

18 | Assistant Federal Defender
Attorney for Defendant

21 | IT IS SO ORDERED.

22 | Dated: August 5, 2013

23 | LAWRENCE K. KARLTON
24 | SENIOR JUDGE
UNITED STATES DISTRICT COURT

Waiver of Appearance          -2-