HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESSE R. TICER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-CR-237 LKK |
| Plaintiff, | ORDER AFTER HEARING |
| v. | |
| JESSE R. TICER, | |
| Defendant. | |

This matter came on for Status Conference on Tuesday, August 6, 2013, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Kyle Reardon appeared on behalf of the United States of America. Assistant Federal Defender Matthew M. Scoble, appeared on behalf of Defendant JESSE R. TICER, who was present out of custody.

A Further Status Conference hearing date of Tuesday, September 10, 2013, at 9:15 a.m., was set.

Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should be excluded from August 6, 2013, up to and including September 10, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in continuing this matter to allow defendant further time to prepare outweigh the best interest of the public and the defendants to a speedy trial.

///

| | |
|---|---|
| 1 | Good cause appearing therefor, |
| 2 | IT IS ORDERED that this matter is continued to Tuesday, September 10, 2013, at 9:15 |
| 3 | a.m. |
| 4 | IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) and |
| 5 | Local Code T4, the period from August 6, 2013, up to and including September 10, 2013, is |
| 6 | excluded from the time computations required by the Speedy Trial Act due to ongoing |
| 7 | preparation of counsel, and that the ends of justice served by this continuance outweigh the best |
| 8 | interests of the public and the defendants in a speedy trial. |

Dated: September 6, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT