| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE, #237432 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | JESSE R. TICER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-CR-237 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTININUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| JESSE R. TICER, | ) | Date:   October 22, 2013 |
| | ) | Time:   9:15 a.m. |
| Defendant. | ) | Judge:  Lawrence K. Karlton |
| | ) | |

JESSE R. TICER by and through his counsel, Matthew M. Scoble, Assistant Federal Defender, and Kyle Reardon, Assistant United States Attorney, hereby agree that the status conference set for September 10, 2013, be continued to October 22, 2013, at 9:15 a.m.

This continuance is necessary because counsel needs additional time to consult with his client, review the current charges, review discovery, and discuss potential resolutions.

Counsel, along with the defendant, agree that the time from September 6, 2013 through October 22, 2013, should be excluded in computing the time within which the trial must commence under the Speedy Trial Act, §§3161(h)(7)(A) and (B)(iv) and Local Code T4, [continuity of counsel] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE, #237432 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | JESSE R. TICER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-CR-237 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTININUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| JESSE R. TICER, | ) | Date:   October 22, 2013 |
| | ) | Time:   9:15 a.m. |
| Defendant. | ) | Judge:  Lawrence K. Karlton |
| | ) | |

JESSE R. TICER by and through his counsel, Matthew M. Scoble, Assistant Federal Defender, and Kyle Reardon, Assistant United States Attorney, hereby agree that the status conference set for September 10, 2013, be continued to October 22, 2013, at 9:15 a.m.

This continuance is necessary because counsel needs additional time to consult with his client, review the current charges, review discovery, and discuss potential resolutions.

Counsel, along with the defendant, agree that the time from September 6, 2013 through October 22, 2013, should be excluded in computing the time within which the trial must commence under the Speedy Trial Act, §§3161(h)(7)(A) and (B)(iv) and Local Code T4, [continuity of counsel] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

| | | |
|---|---|---|
| DATED: September 6, 2013 | | HEATHER E. WILLIAMS<br>Federal Defender |

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for JESSIE R. TICER

DATED: September 6, 2013    BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew M. Scoble for
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including October 22, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A)and (B)(iv) and Local Code T4 (reasonable time for counsel to prepare). It is further ordered that the September 10, 2013 status conference shall be continued until October 22, 2013, at 9:15 a.m.

DATED: September 10, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT