1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6

7  Attorneys for Plaintiff
   United States of America
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                        EASTERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00237 LKK
13 |                  Plaintiff, | ORDER RE: SCHEDULING STATUS
   |                             | CONFERENCE AND EXCLUDING TIME UNDER
14 |              v.             | SPEEDY TRIAL ACT
15 | JESSE R. TICER,             | DATE: October 22, 2013
   |                             | TIME: 9:15 a.m.
16 |                  Defendant. | COURT: Hon. Lawrence K. Karlton

17

18      On October 22, 2013, the Court held a status conference in this case. Assistant United States

19 Attorney Jason Hitt appeared on behalf of plaintiff, the United States of America. Matthew Scoble, Esq.

20 appeared on behalf of defendant Jesse R. TICER. Mr. TICER was not present and had a waiver on file.

21 Also appearing on behalf of defendant was Steve Whitworth, Esq. Mr. Whitworth represented to the

22 Court that he had been retained to represent defendant in this matter. Because defendant was not present

23 to affirm the substitution of counsel, the Court ordered the matter to be put over one week to October 29,

24 2013, at 9:15 a.m. for status of counsel and scheduling of future dates in the matter. The Court found

25 that defendant's interest in continuity of counsel and the ends of justice served by continuing the case as

26 requested by defendant's representatives outweighed the interest of the public and the defendant in a

27 trial within the original date prescribed by the Speedy Trial Act.

28

The Court therefore excluded time from October 22, 2013, to, and including, October 29, 2013, from computation of time within which the trial of this matter must be commenced, pursuant to Local Code T4.

Dated: October 25, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT